JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDMOND NEAL,

               Plaintiff,

   v.

RAINS, LLC,

               Defendant.

Case No. CV 20-02762 PA (RAOx)

JUDGMENT OF DISMISSAL

     Pursuant to the Court's July 14, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's order,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: July 14, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE